IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAIKIN APPLIED AMERICAS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-01360-JPH-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| 9 ON CANAL OWNER LLC AND | ) | |
| PEPPER PIKE CONSTRUCTION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' DISCLOSURE STATEMENT**

Come now Defendants, 9 on Canal Owner LLC and Pepper Pike Construction LLC, by counsel, and pursuant to Federal Rule of Civil Procedure 7.1, file this Disclosure Statement and state as follows:

1. Pepper Pike Construction, LLC is an Ohio limited liability company with its principal place of business in Orange Village, Ohio.

2. Pepper Pike Construction, LLC is wholly owned by Pepper Pike Capital Partners, LLC, which is an Ohio limited liability company with its principal place of business in Orange Village, Ohio.

3. Pepper Pike Capital Partners, LLC is wholly owned by the Paul E. Kiebler, IV Revocable Trust Dated January 13, 2014. The Trustee of that Trust is Paul E. Kiebler, IV, who is a citizen of the State of Ohio.

4. 9 on Canal Owner LLC is a Delaware limited liability company with its principal place of business in Orange Village, Ohio.

5. 9 on Canal Owner LLC has numerous upstream members, and its organizational chart showing those members is attached as Exhibit "1." (The dollar amounts of the investments made by those members have been redacted).

6. As shown by Exhibit "1," 9 on Canal Owner LLC is wholly owned by 9 on Canal Investor, LLC, which is a Delaware limited liability company with its principal place of business in Orange Village, Ohio.

7. As shown by Exhibit "1," 9 on Canal Investor, LLC is wholly owned by 9 on Canal JV LLC, which is a Delaware limited liability company with its principal place of business in Orange Village, Ohio.

8. As shown by Exhibit "1," 9 on Canal JV LLC is owned by 9 on Canal GP LLC and 9 on Canal Member LLC.

9. As shown by Exhibit "1," 9 on Canal GP LLC is owned by Fairway America Fund VIIQP, LP, Fairway America Fund VII, LP, "Individual Investors," and 9 on Canal Promote LLC.

10. Defendants do not own or control Fairway America Fund VIIQP, LP or Fairway America Fund VII, LP, and Defendants do not know the names or states of citizenship of the general partner or limited partners in those limited partnerships. Defendants have contacted their contacts for those entities and have requested the names and states of citizenship of their general partners and limited partners, but the limited partnerships have not yet provided that information. Defendants are continuing their efforts to obtain that information.

11. Attached as Exhibit "2" is a list of the names and states of citizenship of the individual members shown on Exhibit "1" as the "Individual Investors" who own 78% of the membership interests in 9 on Canal GP LLC.

12. As shown on Exhibit "1," the members of 9 on Canal Promote LLC are Pepper Pike Acquisition Associates and Fairway America, LLC.

13. As shown on Exhibit "1," the owner of Pepper Pike Acquisition Associates is Paul E. Kiebler, IV. Mr. Kiebler is a citizen of the State of Ohio.

14. Defendants do not own or control Fairway America, LLC and do not know the names or states of citizenship of the members of that LLC. Defendants have contacted their contacts for that entity and have requested the names and states of citizenship of each of its members, but Fairway America, LLC has not yet provided that information. Defendants are continuing their efforts to obtain that information.

15. As shown by Exhibit "1," the members of 9 on Canal Member LLC include Fairway America Fund VII LP, Fairway America Fund VIIQP, LP, Karas Investments, LLC, Tempo Growth Fund, LLC and "Individual Investors."

16. Defendants do not own or control Fairway America Fund VII LP, Fairway America Fund VIIQP, LP, Karas Investments, LLC and do not know the names or states of citizenship of the owners of those entities and also do not know the names or states of citizenship of the "Individual Investors" that own 24.1% of 9 on Canal Member, LLC. However, Defendants have been informed by their contact for Karas Investments, LLC that 1% of that entity is owned by Karas Management Corporation, which is a Delaware corporation that has its principal place of business in Delaware.

17. Defendants do not own or control Tempo Growth Fund, LLC. However, 9 on Canal Owner LLC's investor contact with Tempo Growth Fund, LLC has provided 9 on Canal Owner LLC with a list of the members of Tempo Growth Fund, LLC and their states of citizenship, a copy of which is attached as Exhibit "3." As shown there, five of the members of

Tempo Growth Fund, LLC are citizens of the States of Minnesota or Delaware, including Andrew Nerness, David Barnard, Jay Jorgenson, Krista Hesby and Todd Jorgenson. (Because Plaintiff is a citizen of the States of Delaware and Minnesota, Defendants do not believe diversity exists in this case).

18. Defendants have asked their contacts for the entities identified in paragraph 16 to provide the names and states of citizenship of each of their other partners and members and to provide the names and states of citizenship of the "Individual Investors" that own 24.1% of 9 on Canal Member, LLC, but those names and states of citizenship have not yet been provided to Defendants.

19. To the best of Defendants' knowledge, no publicly traded company owns more than 10% of the ownership interests of either Defendant or of any owner of either Defendant.

Dated: November 20, 2024

*/s/ Raymond T. Seach*

Raymond T. Seach, No. 17548-49
RILEY BENNETT EGLOFF LLP
500 N. Meridian Street, Suite 550
Indianapolis, Indiana 46204
(317) 636-8000
(317) 636-8027 (fax)
rseach@rbelaw.com

*Attorneys for Defendants,*
*9 on Canal Owner LLC and*
*Pepper Pike Construction, LLC*

Electronic Distribution to all Counsel of Record.

RTS/86107.000