# EXHIBIT "1"




Note:
1. Canal East LLC has an Economic Interest but 0% ownership interest in 9 on Canal Investor LLC