**9 on Canal Apartments**
Investor Demographics

EXHIBIT "2"

| 9 on Canal GP LLC (Total Capitalization: $960,000) | | | |
|---|---|---|---|
| **First Name** | **Last Name** | **Member** | **State of Citizenship** |
| Jim | Marucci | James C Marucci | PA |
| Steve | Koonin | S&E Capital | GA |
| Leonard | Seigel | Pacific Premier Trust FBO Dr.Leonard Seigel IRA R/O | CO |
| Elizabeth | Bucchieri | Elizabeth Bucchieri | OH |
| Jacob | Repasky | Jacob Repasky | OH |
| Kevin | Stewart | Technika Solutions, LLC | IN |
| Michal | Jastrzebski | Michal Jastrzebski - *ACH* | |
| Mariusz | Jastrzebski | Mariusz Jastrzebski | CO |
| Monte | Repasky | Monte Repasky | OH |
| Richard | Pawliger | Richard Pawliger and Judith Pawliger | GA |
| Michael | Liefer | Michael Liefer | IL |
| Frank | Gori | Frank Gori | OH |
| Jon | Sines | Jon A Sines | OH |
| Ronald | Strittmatter | Ronald Strittmatter | OH |
| James | Skulina | James Skulina Trust | OH |
| Richard | Racek | MTC FBO Richard Racek Jr #1719527 | FL |
| Kal | Koplin | Kalco, Inc. | GA |
| Michael | Baird | 2nd Restatement of Decl. of Trust of Michael J Baird dated 2/12/2019 | OH |
| Robert | Furest | Robert Fuerst and Louise Abrams | OH |
| Bruce | Berman | Lesley Berman | GA |
| Marc | Gori | Mark Gori | DC |
| Danny | Zavelson | Nancy Zavelson Revocable Trust | OH |