EXHIBIT "3"

| Member's name | | | | | State of Citizenship | |
|---|---|---|---|---|---|---|
| 4B6 Holdings LLC | Steven | Kent | | | NY | US |
| Aguilar Solo 401K Trust | Samuel | Aguilar | | | CA | US |
| Aicosybay Investments LLC | Jim | Tsai | | | CA | US |
| ALICE KAO FAMILY TRUST | Alice | Kao | | | CA | US |
| Andrew Nerness | Andrew | Nerness | | | MN | US |
| Angee Franklin | Angee | Franklin | | | FL | US |
| AUK Holdings | Martin | Boonzaayer | | | AZ | US |
| Benjamin Jensen DDS PC 401(k) Profit Sharing Trust FBO Benjamin Jensen | Benjamin | Jensen | | | SD | US |
| Benjamin Jensen DDS PC ROTH Profit Sharing Trust Acct #441475 | Benjamin | Jensen | | | SD | US |
| Boris & Elina Lerner | Boris | Lerner | Elina | Lerner | NJ | US |
| Bungalow Investments LLC | David | Scharf | | | NY | US |
| Camaplan FBO Cynthia Hammer IRA | Cynthia | Hammer | | | CA | US |
| Cannon Farms, LLC | Richard | Reath | | | MI | US |
| Castachios LLC | Cynthia | Rider | | | MI | US |
| Chad Hoge | Chad | Hoge | | | ND | US |
| Chestnut Investing LLC | Alina | Trigub | | | NJ | US |
| Christopher Hawkins | Christophe | Hawkins | | | MO | US |
| Christopher Price EQRP 401k | Christophe | Price | | | NY | US |
| Christy Frady | Christy | Frady | | | WI | US |
| David Hildreth | David | Hildreth | | | GA | US |
| Devenderjeet Dange | Devenderj | Dange | | | NC | US |
| Dirk DeVuyst | Dirk | DeVuyst | | | GA | US |
| DKSE Barnard USA Properties LLC | David | Barnard | | | DE | US |
| DocRock Holdings Ltd. | Andrew | Albert | | | Alberta | CA |
| Dolan Law Pension Plan | William | Dolan | | | PA | US |
| Dora Lee DDS A Prof Corp 401K Plan | Dora | Lee | | | CA | US |
| Edible Properties, LLC | Donna | Byron | | | MA | US |
| Elhady Family Revocable Living Trust | Sherif | Elhady | | | VA | USA |
| Entrust Group FBO Thomas Ruzicka #723000216 | Thomas | Ruzicka | | | MO | US |
| Eugene Eydlin | Eugene | Eydlin | | | NJ | US |
| Eugene Eydlin, legal owner via non-trust custodial IRA with AET | Eugene | Eydlin | | | NJ | US |
| Eugene Eydlin, legal owner via non-trust custodial ROTH IRA with AET | Eugene | Eydlin | | | NJ | US |

| | | | | | | |
|---|---|---|---|---|---|---|
| Five Doors | Laura | Rummel | | | MI | US |
| Giri Chelian | Giri | Chelian | | | NJ | US |
| Jeffrey Paul Smith and Trang Thuy Smith | Jeffrey | Smith | Trang | Smith | FL | US |
| Jim Tsai | Jim | Tsai | | | CA | US |
| John Cody Cowen | John | Cowen | | | LA | US |
| John Eckels | John | Eckels | | | WV | US |
| John Noe DBS 401K Profit Sharing Plan | John | Noe | | | CA | US |
| Keith Neaville | Keith | Neaville | | | AR | US |
| LG28 Investments LLC | Kristine | Kent | | | NY | US |
| Madison Trust Company, Custodian FBO Robert Tang Account # M21037531 | Robert | Tang | | | FL | US |
| MAPLE LANE 401K TRUST | Donna | Byron | | | MA | US |
| Marc and Charlene Iwahiro | Marc | Iwahiro | Charlene | Iwahiro | OR | US |
| MARCK DE LAUTOUR | MARCK | DE LAUTOUR | | | MO | US |
| Mark & Kris Hughes | Mark | Hughes | Kris | Hughes | AZ | US |
| Mark Wolgin | Mark | Wolgin | | | GA | US |
| MidAtlantic IRA, LLC FBO Ryan Parson ROTH IRA #40477 | Ryan | Parson | | | CO | US |
| Mikhail Novodvorskiy | Mikhail | Novodvorskiy | | | NY | US |
| MIRA Funding, LLC | Michael | Jake | | | CO | US |
| MKishelev RD LLC | Michael | Kishelev | | | NJ | US |
| Naren Chelian | Naren | Chelian | | | NV | US |
| NATYDO, LLC | Charles | Vitale | | | MO | US |
| Peak Pass | Matthew | Brickwood | | | DE | US |
| PTC Organics 401(k) Plan and Trust ROTH, Marc Halpern Trustee | Marc | Halpern | | | NJ | US |
| Quest Trust Co. FBO James R. Green IRA #3938111 | James | Green | | | TX | US |
| Quest Trust Co. FBO Rajan Singh Dhamrait IRA#1838411 | Rajan | Dhamrait | | | IL | US |
| Quest Trust Co. FBO Timothy Miller IRA #3383011 | Timothy | Miller | | | PA | US |
| Quest Trust Company Custodian FBO Brian Balda IRA #3554611 | Brian | Balda | | | IL | US |
| Quest Trust Company FBO Alexander Gekman #4158111 | Alexander | Gekman | | | NJ | US |
| Quest Trust Company FBO Alexander Gekman ROTH IRA #4158121 | Alexander | Gekman | | | NJ | US |
| Quest Trust Company FBO Antonina Arrington IRA #4262321 | Antonina | Arrington | | | FL | US |
| Quest Trust Company FBO Audrey Sheu IRA Account #3982415 | Audrey | Sheu | | | CA | US |
| Quest Trust Company FBO Brian Balda ROTH IRA #3554621 | Brian | Balda | | | IL | US |
| Quest Trust Company FBO Bryan LaGree IRA #2478521 | Bryan | LaGree | | | KS | US |

| | | | | |
|---|---|---|---|---|
| Quest Trust Company FBO Charles Stetler IRA #4062011 | Charles | Stetler | TX | US |
| Quest Trust Company FBO Cori Waters IRA #4365721 | Cori | Waters | NE | USA |
| Quest Trust Company FBO Cynthia Rider Roth # 4338621 | Cynthia | Rider | MI | US |
| Quest Trust Company FBO David John Hetzel IRA 2657611 | David | Hetzel | NC | US |
| Quest Trust Company FBO David M Arrington IRA #4257021 | David | Arrington | FL | US |
| Quest Trust Company FBO James Green ROTH IRA #3938121 | James | Green | TX | US |
| Quest Trust Company FBO Jay Jorgenson Roth IRA# 4064321 | Jay | Jorgenson | MN | US |
| Quest Trust Company FBO Jim H.K. Tsai IRA#4016911 | Jim | Tsai | CA | US |
| Quest Trust Company FBO Jim H.K. Tsai IRA # 4016921 | Jim | Tsai | CA | US |
| Quest Trust Company FBO Joel Lowman IRA# 2895711 | Joel | Lowman | CO | US |
| Quest Trust Company FBO Joel Lowman ROTH IRA# 2895721 | Joel | Lowman | CO | US |
| Quest Trust Company FBO Joe Spires #3505-511 | Joseph | Spires | IN | US |
| Quest Trust Company FBO John Mark Weaver #1775211 | John | Weaver | TX | US |
| Quest Trust Company FBO Jonathan Carcone Roth IRA #3475422 | Jonathan | Carcone | VA | US |
| Quest Trust Company FBO Karla A. Ueber IRA #3362721 | Karla | Ueber | IN | US |
| Quest Trust Company FBO Krista Hesby Roth IRA# 4063721 | Krista | Hesby | MN | US |
| Quest Trust Company FBO Linh N Tsai IRA # 4017211 | Linh | Tsai | CA | US |
| Quest Trust Company FBO Linh N Tsai ROTH IRA #4017221 | Linh | Tsai | CA | US |
| Quest Trust Company FBO Louise DeFelice IRA# 4159111 | Louise | DeFelice | WA | US |
| Quest Trust Company FBO Louise DeFelice Roth IRA 4159121 | Louise | DeFelice | WA | US |
| Quest Trust Company FBO Matthew Walton IRA #4313611 | Matthew | Walton | GA | US |
| Quest Trust Company FBO Matthew Walton ROTH IRA #4313621 | Matthew | Walton | GA | US |
| Quest Trust Company FBO Michael K Cook IRA# 4175511 | Michael | Cook | UT | US |
| Quest Trust Company FBO Michael K. Cook ROTH IRA #4175521 | Michael | Cook | UT | US |
| Quest Trust Company FBO Nancy Hyman IRA #3464311 | Nancy | Hyman | NV | US |
| Quest Trust Company FBO Nancy Hyman Roth IRA #3464321 | Nancy | Hyman | NV | US |
| Quest Trust Company FBO Neal Brito IRA #4160121 | Neal | Brito | WA | US |
| Quest Trust Company FBO Peter Farrehi IRA #3181421 | Peter | Farrehi | MI | US |
| Quest Trust Company FBO Ryan Lebster IRA#4121811 | Ryan | Lebster | MI | US |
| Quest Trust Company FBO Sandra Armstrong IRA #4367021 | Sandra | Armstrong | TX | US |
| Quest Trust Company FBO Sapan Vibhakar Mody IRA# 4096321 | Sapan | Mody | CA | US |
| Quest Trust Company FBO Sergey Shikhvarg #4193511 | Sergey | Shikhvarg | CA | US |
| Quest Trust Company FBO Sergey Shikhvarg ROTH IRA #4193521 | Sergey | Shikhvarg | CA | US |

| | | | | |
|---|---|---|---|---|
| Quest Trust Company FBO Shannon Spires #3505-611 | Shannon | Spires | IN | US |
| Quest Trust Company FBO Talbir Singh IRA#3680211 | Talbir | Singh | NY | US |
| Quest Trust Company FBO Talbir Singh ROTH IRA#3680221 | Talbir | Singh | NY | US |
| Quest Trust Company FBO Thomas Ruzicka IRA #4149411 | Thomas | Ruzicka | MO | US |
| Quest Trust Company FBO Thomas Ruzicka ROTH IRA #4149421 | Thomas | Ruzicka | MO | US |
| Quest Trust Company FBO Tina Mita Patel IRA# 4096421 | Tina | Patel | CA | US |
| Quest Trust Company FBO William Hyman IRA #3463011 | William | Hyman | NV | US |
| Quest Trust Company FBO William Hyman ROTH IRA #3463021 | William | Hyman | NV | US |
| Rajan Dhamrait EPSP 401K | Rajan | Dhamrait | IL | US |
| RM Income Trust dated February 3rd, 2014 | Martin | Boonzaayer | AZ | US |
| Rocco DiAntonio | Rocco | DiAntonio | NJ | US |
| Ryan Johnstun, DDS, PS 401(k) PSP | Ryan | Johnstun | WA | US |
| Scott Mclaren | scott | mclaren | AZ | US |
| Shannon J Pursel | Shannon | Pursel | PA | US |
| Sharen Christine Strong | Sharen | Strong | OR | US |
| SSRE Enterprise, LLC | Todd | Thompson | NV | US |
| Suite Holdings, LLC | Thomas | Ruzicka | MO | US |
| Tempo Growth 2020 Trust, L. Cope, trustee | Lindsey | Cope | TX | US |
| TF Management Group LLC | Mikhail | Zlotnik | NY | US |
| The Kingdom Trust Company, Custodian, FBO Denise Eccher, #3787602069 | Denise | Eccher | CA | US |
| The Korolyov Trust | Michael | Korolyov | CA | US |
| Todd Jorgenson | Todd | Jorgenson | MN | US |
| Yuriy Novodvorskiy | Yuriy | Novodvorskiy | QC | CA |